■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD Z., Appellant. [618 NYS2d 589] —Appeal from a judgment of the County Court of St. Lawrence County (Nicandri, J.), rendered July 13, 1993, which sentenced defendant upon his adjudication as a youthful offender.

Defendant pleaded guilty to the crime of intimidating a witness in the second degree. County Court adjudicated defendant a youthful offender and sentenced him to a term of imprisonment of 1 to 3 years. County Court also ordered defendant to pay restitution of $1,420. Defendant was allowed to plead guilty to the crime of intimidating a witness in the second degree in satisfaction of a six-count indictment as well as various charges that were then pending against him. Further, the sentence imposed was not the harshest possible. We find no basis to disturb the sentence imposed by County Court and affirm the judgment of conviction.

Mikoll, J. P., Crew III, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of the Claim of SALVATORE J. CUMELLA, Appellant. CAREERS THRU EDUCATION, INC., Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [617 NYS2d 1009] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 10, 1993, which ruled that claimant was ineligible to receive unemployment insurance benefits because he was not totally unemployed.

The record contains substantial evidence to support the Board's determination that claimant was not totally unemployed during the relevant time period. Although claimant had formally resigned as president and treasurer of his corporation, he nevertheless continued to perform numerous corporate activities that rendered him ineligible to receive benefits. For example, the corporate books, office furnishings and equipment were not moved from claimant's home, the corporation did not change its mailing address and claimant's authorization to sign corporate checks was not changed. Additionally, he continued to solicit business for the corporation. Under the circumstances, the Board's decision should not be disturbed.

Cardona, P. J., Mercure, Crew III, Casey and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.